_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**AUG 01 2005 MR**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAREY LICENSING, INC. and CAREY
INTERNATIONAL., INC.,

             Plaintiffs,

    v.

ALEXANDER SANDLER, SIMA
SANDLER, OKSANA SANDLER, and
ALEXANDER KOGAN,

             Defendants.

No. **CV05·1337**

COMPLAINT

JURY TRIAL DEMANDED

05-CV-01337-CMP

Plaintiffs Carey Licensing, Inc., and Carey International, Inc. (collectively, "Carey"), by

their attorneys, Stoel Rives LLP, for their complaint against defendants Alexander Sandler, Sima

Sandler, Oksana Sandler, and Alexander Kogan (individually and collectively, "Defendants")

allege as follows:

    1.    This is an action for willful trademark infringement and cybersquatting.  Carey is

the world's largest chauffeured vehicle service companies and has spent considerable time and

resources in marketing and promoting its services under the CAREY® marks.  Defendants are

seasoned cybersquatters who are engaged in a pervasive and persistent campaign to build their

fledgling limousine business by infringing Carey's established trademark rights and cashing in

COMPLAINT - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1   on Carey's valuable business reputation by: (i) naming their competing limousine business

2   "**Carey Limo International**"; (ii) fraudulently registering and using multiple domain names that

3   incorporate and are confusingly similar to Carey's CAREY® marks, such as

4   **CareyLimoInternational.com, CareyUS.com, CareyGlobal.com, CareyInc.com, Carey-**

5   **Inc.com, Carey-Corp.com, CarreyInternational.com, CarreyChauffuers.com,**

6   **CarreyGlobal.com, Carey-Online.com, Carey-Web.com, I-Carey.com, CarreyUS.com,** and

7   **CarreyUSA.com;** and (iii) procuring telephone and fax numbers containing the CAREY®

8   marks, namely, **(888) CAREY-03** and **(888) CAREY-04**.  Defendants obviously adopted and

9   have been using the CAREY® marks in their business name, domain names, and contact

10  numbers in a deliberate and concerted effort to mislead the public and siphon away Carey's

11  actual and potential clients.

12

13          2.       Defendants' willful and unlawful conduct plainly constitutes trademark

14  infringement under Section 32(1) of the Lanham Act, 15 U.S.C § 1114, trademark infringement,

15  unfair competition and false designation of origin in violation of Section 43(a) of the Lanham

16  Act, 15 U.S.C §1125(a), cybersquatting under the Anticybersquatting Consumer Protection Act,

17  15 U.S.C. § 1125(d), as well as unfair competition under the common law and Washington

18  Consumer Protection Act, RCW 19.86.020 et seq.

19

20          3.       Carey brings this action to secure preliminary and permanent injunctive relief

21  restraining Defendants from continuing to falsely and deceptively use Carey's marks, or marks

22  confusingly similar to those belonging to Carey, in connection with their competing limousine

23  company and from using the CAREY® marks in domain names for any of Defendants' websites.

24

25

26

COMPLAINT - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1 Carey also seeks actual and treble damages, Defendants' profits, as well as attorneys' fees and

2 costs as a result of Defendants' egregious conduct.

3                          **JURISDICTION AND VENUE**

4        4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,

5 1332(a)(1), 1338(a) and (b), 1367, and 15 U.S.C. §§ 1116 and 1121.

7        5.      The matter in controversy exceeds $75,000.

8        6.      Venue in this District is proper under 28 U.S.C. §§ 1391(b) and (c).

9                              **THE PLAINTIFFS**

10 **Carey Licensing, Inc. and Carey International, Inc.**

11       7.      Plaintiff Carey Licensing, Inc. ("Carey Licensing") is a Delaware corporation

12
13 with its principal place of business at 4350 Wisconsin Avenue NW, Washington, D.C. 20016.

14       8.      Plaintiff Carey International, Inc. ("Carey International") is a Delaware

15 corporation with its principal place of business at 4350 Wisconsin Avenue NW, Washington,

16 D.C. 20016.  Carey International is the parent company of Carey Licensing.

17       9.      Carey is the world's largest chauffeured vehicle service company, providing

18 services through a worldwide network of individual and company owned and operated franchise

19
20 and affiliated companies, serving over 500 cities in 65 countries.  Carey has been in the

21 chauffeured limousine business for nearly eighty years, and has continuously used the name

22 "Carey" to conduct its business.  Carey first started in 1921 with a fleet of six cars in New York.

23 Since then, Carey has expanded tremendously and now offers, through its subsidiaries, affiliates

24 and licensees, chauffeur driven services in cities throughout the world, including Seattle, San

25 Francisco, Los Angeles and New York.

26

COMPLAINT - 3

1    10.    All Carey owned and operated franchises and affiliated companies, follow

2    stringent brand and service standards to ensure that Carey customers, no matter where they are or

3    where they travel, always receive exceptional quality cars and drivers.

4    11.    Carey owns registrations for the CAREY® marks in more than 25 countries and

5    uses the CAREY® mark in more than 27 countries, all in connection with its limousine and

6    transportation services business.

7

8    12.    In the United States, the service mark and trade name CAREY® is registered with

9    the United States Patent and Trademark Office (Registration Nos. 1,107,533 and 1,375,117) in

10   the name of plaintiff Carey Licensing, Inc.  Copies of the Certificates of Registrations for these

11   marks are attached hereto as Exhibits 1 and 2, respectively.  These registrations, which issued in

12   1977 and 1985, respectively, are valid and incontestable under 15 U.S.C. § 1065.  Carey

13   Licensing, Inc. licenses the CAREY® marks to Carey for use worldwide.  The goodwill accruing

14   from that use inures entirely and solely to Carey's benefit.

15

16   13.    Like virtually all companies in the transportation industry, Carey is highly

17   dependent upon the Internet and directory assistance to conduct its business and secure customer

18   reservations.  Accordingly, Carey also is the owner of more than one hundred domain names that

19   incorporate its CAREY® marks and that it uses in connection with its worldwide limousine and

20   transportation   business.    Carey's   domain   names   include:   **CareyLimousines.com,**

21   **CareyInternational.com, CareyInt.com, and eCarey.com.**

22

23   14.    Carey registered the earliest of these domain names in 1995.  Carey actively uses

24   these domain names in connection with its worldwide limousine and transportation business.

25   Carey's central website is located at **eCarey.com** and a number of its other domain names,

26

COMPLAINT - 4

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

including most notably, **CareyLimousines.com**, **CareyInternational.com**, and **CareyInt.com**, automatically redirect Internet users to the **eCarey.com** site. Among the most useful features of the **eCarey.com** website is the opportunity for Carey customers to make limousine and other transportation reservations immediately, effortlessly and inexpensively twenty-four hours a day, seven days a week, in cites throughout the world, without the barriers ordinarily posed by language, time zone and language differences.

15. In addition to the Internet, Carey receives reservations 24 hours a day, 7 days a week through the Carey International Reservation System ("CIRS"). The CIRS is operated by Carey's central reservation department, which processes reservations through the Company's proprietary computer system. The central reservation department receives reservations through several toll free telephone numbers, including, but not limited to, **(800) 336-4646**, by fax, or through one of the six major airline reservation systems

16. Carey has invested considerable time, effort and expense in developing its name and reputation and, through these efforts, has become one of the most prominent and respected limousine companies in the field. Carey provides limousine services to many of the nation's most prestigious corporations, such as IBM, American Express, Merrill Lynch, New Line Cinema, and Bank of America. It has also provided transportation services to political dignitaries such as Senators John McCain and Orrin Hatch, as well as many others.

17. Carey advertises its services via the Internet, in the White and Yellow Page telephone directories and by distributing over 1.1 million promotional items and other collateral materials. Annually, Carey and its domestic individual and company owned and operated

COMPLAINT - 5

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1    franchise and affiliated companies, expend approximately $1.9 million to advertise and promote

2    their services under the CAREY® marks.

3          18.    As a result of Carey's extensive use, advertising and promotion of its CAREY®

4    marks, the mark CAREY® has acquired valuable good will, and the public recognizes and

5    associates the CAREY® marks with the high quality limousine services provided by Carey only.

6

7                              THE DEFENDANTS AND
                    ALLEGATIONS COMMON TO ALL CLAIMS

8    **Defendants Alexander Sandler and Sima Sandler**

9          19.    Defendant Alexander Sandler is an individual who, upon information and belief,

10   resides and conducts business at 12608 SE 4th Place, Bellevue, Washington 98005.   Upon

11
     information and belief, Mr. Sandler operates a competing limousine business under the
12
     intentionally confusingly similar name of "Carey Limo International."
13

14         20.    Defendant Sima Sandler is an individual who, upon information and belief, is the

15   teenage daughter of Alexander Sandler and resides at 12608 SE 4th Place, Bellevue, Washington

16   98005.

17
           21.    To advertise his competing limousine business, Mr. Sandler and his teenage
18
     daughter Sima Sandler have registered multiple domain names containing Carey's CAREY®
19
20   marks.   The infringing domain names Mr. Sandler owns and/or controls with his daughter are:

21   **CareyLimoInternational.com, CareyUS.com,** and **CareyGlobal.com.**   All of these domain

22   names link to a website for "Carey Limo International" that is intentionally designed to deceive

23   and confuse consumers into believing that they have located Plaintiff Carey's official website.

24         22.    For example, Mr. Sandler boldly displays on every page of his three websites a

25   banner proclaiming "**Carey Limo International: Providers of Quality International and**

26

COMPLAINT - 6

1    **Interstate Limousine Services Since 1975,**" despite the fact that, upon information and belief,

2    his "Carey Limo International" operation actually has been in business only since approximately

3    2004. In addition, in further violation of Carey's trademark rights, Mr. Sandler has registered

4    and/or controls two toll-free numbers which contain the CAREY® marks in their entirety – a

5    telephone number **(888) CAREY-03** and a fax number **(888) CAREY-04.** Mr. Sandler boldly

6

7    displays both of these telephone and fax numbers, as well as a local New York number **(212)**

8    **777-2211,** on the top of each webpage. In an further effort to confuse consumers into believing

9    that they have reached Carey's website, Mr. Sandler displays on the bottom of each webpage the

10   following legend:

11                          **RESERVE TOLL FREE: 1. 888.CAREY 03**

12                                © 2005 Carey Limo International

13                                     All Rights Reserved

14

15       23.    When Carey learned about Mr. Sandler's and his daughter's registration of the

16   infringing    domain    names    **CareyLimoInternational.com,**    **CareyUS.com,**    and

17   **CareyGlobal.com,** it filed two domain name complaints against him and Sima Sandler (in

18   whose name some of the domain name were registered). These domain name complaints, *Carey*

19   *International, Inc. v. Sima Sandler* (NAF Case No. 486191) and *Carey International, Inc. v.*

20   *SeattleTownCar.com aka Alex Sandler* (NAF Case No. 489305) were filed on May 27, 2005 and

21   June 1, 2005, respectively, and are currently pending before the National Arbitration Forum.

22

23       24.    Since the filing of the two domain name complaints referred to above, Carey

24   learned that Mr. Sandler also controls the domain name **NetworkLimo.com** through his alleged

25   company **ManhattanLimo.com** which, upon information and belief, operates from the same

26   address as Mr. Sandler's residence -- 12608 SE 4th Place, Bellevue Washington 98005.

COMPLAINT - 7

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1    25.    The domain name **NetworkLimo.com** also links to a website for "Carey Limo

2   International" and contains the same content as the other three websites controlled by Mr.

3   Sandler located at **CareyLimoInternational.com, CareyUS.com, and CareyGlobal.com.**

4   Specifically, on the **NetworkLimo.com** website, Mr. Sandler displays the banner "**Carey Limo**

5   **International: Providers of Quality International and Interstate Limousine Services Since**

6

7   **1975**" and the same phone and fax numbers for Carey Limo International: **(888) CAREY-03**

8   **(phone)** and **(888) CAREY-04 (fax).**

9   **Defendant Alexander Sandler Expands His Unlawful Activities By Co-opting Additional**
     **Relatives To Infringe The CAREY® Marks**
10

11    26.    Since the filing of the domain name complaints against Mr. Sandler and his

12   daughter Sima, Mr. Sandler, upon information and belief, has expanded his unlawful activities

13   by enlisting more of his relatives to join him in his blatant campaign to infringe Carey's

14   trademark rights. Not only has Mr. Sandler and/or his daughter transferred ownership of domain

15   names that are the subject of the NAF actions -- **CareyLimoInternational.com, CareyUS.com,**
16
     and **CareyGlobal.com** -- to their relatives Defendants Alexander Kogan and Oksana Sandler,
17
18   but Alexander Sandler has also had Mr. Kogan and Oksana Sandler, based on information and

19   belief, register a multitude of new domain names which contain the CAREY® marks on his

20   behalf.

21   **Defendant Oksana Sandler**
22
      27.    For example, Defendant Oksana Sandler is an individual who, upon information
23
     and belief, is related to Mr. Sandler. Upon information and belief, Oksana Sandler resides and/or
24
25   conducts business at 10415 NE 16th Place, Bellevue Washington 98004.

26

COMPLAINT - 8

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

28.     Upon information and belief, Oksana Sandler has recently registered the following domain names that contain the CAREY® mark in its entirety, as well as corrupted spellings of CAREY®:

**CareyLimoInternational.com**

**CareyUS.com**

**CareyInc.com**

**Cary-Inc.com**

**Carey-Corp.com**

**CarreyInternational.com**

**CarreyChauffeurs.com**

**CarreyGlobal.com**

**CarreyUS.com**

**CarreyUSA.com**

**Defendant Alexander Kogan**

29.     Defendant Alexander Kogan is, upon information and belief, Mr. Sandler's cousin.  Upon information and belief, Mr. Kogan resides at 12608 SE 4th Place, Bellevue, Washington 98005.

30.     Upon information and belief, Mr. Kogan has joined his cousin Alexander Sandler in infringing Carey's marks by registering multiple domain names that contain CAREY® in its entirety.  Upon information and belief, the domain names Mr. Kogan has registered include:

**CareyGlobal.com**

COMPLAINT - 9

1          **Carey-Online.com**

2          **Carey-Web.com**

3          **I-Carey.com**

4

5      31.    Upon information and belief, Mr. Kogan also owns the domain names

6  **TLimo.com** and **LimousineInternational.com,** both of which link to websites for "**Carey Limo**

7  **International**" and which contain the same content as the websites controlled and/or owned by

8  Mr. Sandler and/or Sima Sandler.   Thus, the webpages linked to these websites prominently

9  displays on every webpage (i) the deceptive banner "**Carey Limo International: Providers of**

10 **Quality International and Interstate Limousine Services Since 1975**; (ii) the infringing phone

11 and fax numbers for Carey Limo International **(888) CAREY-03** and **(888) CAREY-04**, and (iii)

12 the footer legend

13

14                 **RESERVE TOLL FREE: 1. 888.CAREY 03**

15                 © 2005 Carey Limo International

16                       All Rights Reserved

17 **Defendants' Wrongful Conduct**

18     32.    Upon information and belief, Defendants are deceitfully accepting reservations

19 from customers, including some of Carey's customers, who have reached Defendants'

20 companies in error.  Customers almost never reserve a limousine by walking into one of Carey's

21 offices.   Instead, customers frequently call directory assistance and/or search the Internet to

22 obtain Carey's telephone number and/or make reservations over the web.   Thus, if another

23 company is using Carey's marks in its domain name and/or on its web site, consumers are likely

24 to believe that they are dealing with Carey when they are not.

25

26

COMPLAINT - 10

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1    33.    Upon information and belief, consumers who have conducted Internet searches

2    and found Defendants' websites located at **CareyLimoInternational.com, CareyUS.com,**

3    **CareyGlobal.com,        CareyInc.com,        Carey-Inc.com,        Carey-Corp.com,**

4    **CarreyInternational.com, CarreyChauffeurs.com, CarreyGlobal.com, Carey-Online.com,**

5    **Carey-Web.com, I-Carey.com, CarreyUS.com, CarreyUSA.com, NetworkLimo.com,**

6    **TLimo.com, and LimousineInternational.com,** and/or who call **(888) CAREY-03** or **(212)**

7    **777-2211,** and/or sent a fax to **(888) CAREY-04,** have been deceived and confused into

8    believing that Defendants' services originate from, are associated with, and/or are authorized or

9    sponsored by Carey, when they are not.

10   34.    For example, when one of Carey's clients called "Carey" to dispute a bill, the

11   "Carey" employee with whom he spoke threatened him and was abusive and unprofessional.

12   Specifically, by e-mail dated July 8, 2005, the purported "Carey" employee wrote the following:

13

14   "Please put your license in your >>>, you will pay your bill."

15   Thank You!

16   Alex@uscarey.com

17

18   www.limousineinternational.com"

19   35.    Understandably, the client called Carey to complain, and Carey determined that

20   the    client    mistakenly    had    booked    his    limousine    service    through    the    website

21   **LimousineInternational.com,** controlled by Mr. Kogan, and believed from the content of that

22

23   website that he was doing business with Carey.  In fact, based upon the signature line of the e-

24   mail message he received, Carey's client was most likely doing business with and corresponding

25   with Mr. Sandler or Mr. Kogan.

26

COMPLAINT - 11

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1       36.     In addition, Carey Denver recently received a complaint from a customer who

2 was misled into believing that Defendants' limousine services were those of Carey. Specifically,

3 one of Carey Denver's customers called to complain about the limousine service she had recently

4 received saying, "It was not the usual Carey service." The client also disputed the bill. When

5 Carey Denver owner reviewed the bill, it was clear that the client had reserved her unsatisfactory

6 limousine service through "Carey Limo International," (which domain name is registered to

7 Oksana Sandler).

8

9       37.     As a result of Defendants' unlawful activities, Carey and the consuming public

10 have suffered and will continue to suffer irreparable harm and injury. Among other things,

11 Defendants' activities: (i) wrongfully trade upon Carey's reputation and exclusive right in and to

12 the trademark and name CAREY®; (ii) deprive Carey of the absolute right to determine the

13 manner in which Carey's image is presented to the general public, and (iii) deceive and confuse

14 the public as to the origin, affiliation and sponsorship of Defendants' services.

15

16       38.     As a result of Defendants' wrongful acts, Carey has suffered, and will continue to

17 suffer, irreparable injury in the form of lost goodwill and injury to reputation.

18       39.     No monetary remedy alone would be adequate to compensate Carey for all the

19 harm that Defendants' wrongful acts have caused to Carey's service marks, trade names,

20 reputations and goodwill, and for the harm that Carey will suffer if Defendants are not enjoined

21 from their wrongful acts.

22

23                        **FIRST CLAIM FOR RELIEF**

24             **(Trademark Infringement, 15 U.S.C. § 1114)**

25       40.     Carey repeats and realleges the allegations in paragraphs 1 through 39 as if fully

26 set forth herein.

COMPLAINT - 12

41.     Notwithstanding Carey's well-known prior rights in the CAREY® trademarks, Defendants have used Carey's marks in connection with limousine companies, including, without limitation, "Carey Limo International," that directly compete with Carey.  Defendants have therefore used Carey's marks in or affecting interstate commerce without Carey's consent.

42.     Defendants' use of Carey's trademarks in connection with their limousine businesses is likely to deceive and confuse the consuming public into believing that Defendants' services originate from, are associated with, and/or are authorized or sponsored by Carey, all to the damage and detriment of Carey's reputation, goodwill and sales.

43.     Defendants' actions constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(a).

44.     Upon information and belief, Defendants' activities, as described above, were taken with knowledge of Carey's rights, and thus constitute deliberate infringement.

45.     As a result of Defendants' willful infringement, Carey has suffered irreparable harm.  Carey has no adequate remedy at law and, if Defendants' activities are not enjoined, will continue to suffer irreparable harm and injury to its goodwill and reputation.  Carey has also suffered pecuniary damages from Defendants' actions in an amount yet to be proven at trial.

## SECOND CLAIM FOR RELIEF

### (Trademark Infringement under Section 43(a) of the Lanham Act)

46.     Carey repeats and realleges the allegations in paragraphs 1 through 45 as if fully set forth herein.

47.     Notwithstanding Carey's well-known prior rights in the CAREY® marks, Defendants have used these marks in connection with limousine companies that directly compete

COMPLAINT - 13

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1  with Carey.  Defendants have therefore used Carey's marks in or affecting interstate commerce

2  without their consent.

3      48.     Defendants' use of Carey's trademarks in connection with competing limousine

4  businesses is likely to deceive and confuse the consuming public into believing that Defendants'

5
   services originate from, are associated with, and/or are authorized or sponsored by Carey, all to
6
7  the damage and detriment of Carey's reputation, goodwill and sales.

8      49.     Defendants' actions constitute trademark infringement in violation of Section

9  43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

10     50.     Upon information and belief, Defendants' activities were taken with knowledge

11 of Carey's rights, and thus constitute deliberate infringement.

12
       51.     As a result of Defendants' willful infringement, Carey has suffered irreparable
13
14 harm.  Carey has no adequate remedy at law and, if Defendants' activities are not enjoined, will

15 continue to suffer irreparable harm and injury to its goodwill and reputations.  Carey has also

16 suffered pecuniary damages from Defendants' actions in an amount to be proven at trial.

17                          **THIRD CLAIM FOR RELIEF**

18                 **(False Designation of Origin and Unfair Competition under
                            Section 43(a) of the Lanham Act)**
19
20     52.     Carey repeats and realleges the allegations in Paragraphs 1 through 51 above as if

21 fully set forth herein.

22     53.     Defendants' use of Carey's trademarks as described above constitutes false

23 designation of origin and unfair competition in violation of Section 43(a) of the Lanham Act, 15

24 U.C.S. § 1125(a).

25

26

COMPLAINT - 14

54.     Upon information and belief, Defendants' use of Carey's trademarks has been willful and intentional.

55.     As a result of Defendants' willful infringement, Carey has suffered irreparable harm. Carey has no adequate remedy at law and, if Defendants' activities are not enjoined, will continue to suffer irreparable harm and injury to their goodwill and reputation. Carey has have also suffered pecuniary damages from Defendants' actions in an amount to be proven at trial.

### FOURTH CLAIM FOR RELIEF

**(Cybersquatting under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1)(A))**

56.     Carey repeats and realleges the allegations in Paragraphs 1 through 55 above as if fully set forth herein.

57.     Defendants' registration of the following domain names: **CareyLimoInternational.com, CareyUS.com, CareyGlobal.com, CareyInc.com, Carey-Inc.com, Carey-Corp.com, CarreyInternational.com, CarreyChauffeurs.com, CarreyGlobal.com, Carey-Online.com, Carey-Web.com, I-Carey.com, CarreyUS.com,** and **CarreyUSA.com,** constitutes cybersquatting in violation of Section 1125 of the Anticybersquatting Consumer Protection Act, 15 U.C.S. § 1125(d)(1)(A).

58.     Carey's CAREY® marks are incontestable, and, thus, inherently distinctive.

59.     The domain names registered by Defendants are identical and/or confusingly similar to Carey's CAREY® marks.

60.     Upon information and belief, Defendants registered the above-described domain names in bad-faith with an intent to profit. Defendants' bad-faith in registering the infringing domain names is evidenced by, among other things, Defendants' registration of multiple domain

COMPLAINT - 15

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624 0900

1   names which Defendants know are identical or confusingly similar to Carey's marks.  Upon

2   information and belief, Defendants were fully aware of Carey's strong marks in CAREY®

3   before they registered the domain names at issue.

4

       61.    As a result of Defendants' bad-faith, Carey has suffered irreparable harm.  Carey

5

6   has no adequate remedy at law and, if Defendants' activities are not enjoined, will continue to

7   suffer irreparable harm and injury to its goodwill and reputation.  Carey has also suffered

8   pecuniary damages from Defendants' actions in an amount yet to be determined.

9                           **FIFTH CLAIM FOR RELIEF**

10     **(Washington State Statutory Consumer Protection Act/Unfair Business Practices)**

11

       62.    Carey repeats and realleges the allegations contained in Paragraphs 1 through 61

12

   above as fully set forth herein.

13

14       63.    This claim arises under RCW 19.86.020, *et seq.*, which prohibits all unfair

15   methods of competition or unfair or deceptive acts or practices in the conduct of trade or

16   commerce.

17       64.    Defendants' use of Carey's CAREY® marks in connection with their competing

18   limousine company as described above has injured and will, unless enjoined by this Court,

19

   continue to cause injury to Carey's business reputation and deceive the public into believing that

20

   Defendants' services are associated with or sponsored by Carey when they are not.

21

22       65.    Carey is without an adequate remedy at law in that damages are insufficient to

23   redress the presumptive harm inherent in unfair competition.

24       66.    Carey has sustained damages as a direct result of Defendants' infringing and

25   wrongful acts in an amount to be proven at trial, which should be trebled up to the limits set forth

26

COMPLAINT - 16

1    under RCW 19.86.090.  Carey also is entitled to an award of its costs and reasonable attorney's

2    fees incurred herein under RCW 19.86.090.

3                                **SIXTH CLAIM FOR RELIEF**

4                                **(Common Law Unfair Competition)**

5
6          67.    Carey repeats and realleges the allegations contained in Paragraphs 1 through 66

7    above as fully set forth herein.

8          68.    This claim arises under the common law of trademark infringement and unfair

9    competition.

10         69.    Defendants' use of the CAREY® marks as described above is calculated to and is

11   likely to confuse, deceive, and mislead the consuming public into believing that Defendants'

12   services are associated with, are authorized by, or are otherwise related to Carey's limousine

13
14   services.

15         70.    Upon information and belief, Defendants' use of the CAREY® marks has been

16   willful and intentional.

17         71.    Defendants' conduct constitutes unfair competition, trademark infringement,

18   passing off, unjust enrichment, and misappropriation of the rights and goodwill of Carey and its

19   CAREY® marks.

20
21         72.    As a result of Defendants' willful infringement, Carey has suffered irreparable

22   harm.  Carey has no adequate remedy at law and, if Defendants' activities are not enjoined, will

23   continue to suffer irreparable harm and injury to their goodwill and reputation.  Carey has also

24   suffered pecuniary damages from Defendants' actions in an amount to be proven at trial.

25

26

COMPLAINT - 17

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1        **PRAYER FOR RELIEF**

2        WHEREFORE, Carey respectfully prays for the following relief:

3        A.       That Defendants, their officers, directors, agents, employees, successors, assigns

4    and attorneys, and all other persons or entities acting on their behalf or under their control or in

5

6    active concert or participation with any of them, be preliminarily and permanently enjoined and

7    restrained from:

8                 (i)        Using the names and marks CAREY, "Carey Limo International," "Carey

9    Limo," and any other marks and/or trade names that are confusingly similar to CAREY,

10   including, but not limited to, any variation or misspellings of CAREY, in any manner in

11   connection with the rendering and/or advertising of limousine or chauffeur driven services;

12

13               (ii)       Registering, purchasing, selling, owning or transferring any domain name

14   that contains the CAREY marks or any other term that is confusingly similar to CAREY,

15   whether alone or in any combination with any other words, including, but not limited, to any

16   domain name that contains any variation or misspellings of CAREY;

17               (iii)      Securing any listing with all national, local or toll-free carriers either

18   through the White Pages, Yellow Pages or directory assistance under the name "Carey" or any

19   other name that is confusingly similar to "Carey," or any variation or misspellings thereof,

20   whether alone or in any combination with any other words;

21

22               (iv)       Securing any listing with all national, local or toll-free carriers either

23   through the White Pages, Yellow Pages or directory assistance that contains the mark CAREY or

24   any other name or mark that is confusingly similar to CAREY, including, but not limited to, any

25   variation and/or misspellings of CAREY;

26

COMPLAINT - 18

1      (v)      Doing any other act or thing calculated or likely to cause the public to be

2   confused or deceived into believing that Defendants' limousine services originate from or are

3   affiliated with or are sponsored by Carey, or that Defendants have any connection with Carey.

4      B.      That the Defendants, their officers, directors, agents, employees, successors,

5   assigns, attorneys, and all other persons or entities acting on their behalf or under their control or

6   in active concert or participation with any of them, be ordered to instruct Verizon, Ameritech and

7   all other national, local and toll-free carriers with whom Defendants have placed the telephone

8   numbers **(888) CAREY-03, (888) CAREY-04 and (212) 777-2211** to remove these numbers

9   from directory assistance, the White and Yellow Pages and any other published listing.

10

11     C.      That the Defendants, their officers, directors, agents, employees, successors,

12  assigns, attorneys, and all other persons or entities acting on their behalf or under their control or

13  in active concert or participation with any of them, be ordered to instruct Verizon, Ameritech and

14  all other national, local and toll-free carriers with whom they have placed telephone numbers

15  **(888) CAREY-03, (888) CAREY-04** and **(212) 777-2211** to assign or transfer to Carey, but at

16  Defendants' expense, the telephone numbers **(888) CAREY-03, (888) CAREY-04** and **(212)**

17  **777-2211.**

18

19     D.      That the Defendants be ordered to transfer to Carey, but at Defendants' expense,

20  ownership   of   the   domain   names:   **CareyLimoInternational.com,   CareyUS.com,**

21  **CareyGlobal.com,      CareyInc.com,      Carey-Inc.com,      Carey-Corp.com,**

22  **CarreyInternational.com, CarreyChauffeurs.com, CarreyGlobal.com, Carey-Online.com,**

23  **Carey-Web.com, I-Carey.com, CarreyUS.com,** and **CarreyUSA.com.**

24

25

26

COMPLAINT - 19

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1  E.    That the Defendants be ordered to transfer to Carey, but at Defendants' expense,

2  ownership of the domain names: **NetworkLimo.com, LimousineInternational.com** and

3  **TLimo.com** and/or remove from the websites located at these domain names all references to

4  CAREY, "Carey Limo International," "Carey Limo," and any other marks and/or trade names

5  that are confusingly similar to CAREY, including, but not limited to, any variation or

6

7  misspellings of CAREY.

8  F.    That the Defendants, their officers, directors, agents, employees, successors,

9  assigns, attorneys, and all other persons or entities acting on their behalf or under their control or

10  in active concert or participation with any of them, be ordered to remove from all websites

11  owned and/or controlled by them including, but not limited to, **CareyLimoInternational.com,**

12  **CareyUS.com, CareyGlobal.com, NetworkLimo.com, LimousineInternational.com,** and

13  **Tlimo.com** all references to Carey's CAREY® marks and/or trade names, and/or any

14  confusingly similar marks or trade names, including, but not limited to, "Carey Limo

15  International" and any variation or misspellings of CAREY.

16

17  G.    That the Defendants, their officers, directors, agents, employees, successors,

18  assigns, attorneys, and all other persons or entities acting on their behalf or under their control or

19  in active concert or participation with any of them, be directed to destroy all business forms,

20  letterheads, reservation forms, dispatch forms, checks, checking information, marketing

21  materials, signage, emblems, logos and any other materials that bear or contain the term CAREY

22

23  and any variation thereof, including, but not limited to, any variation or misspellings of CAREY.

24  H.    That the Court enter judgment in favor of Carey on all their claims for relief.

25

26

COMPLAINT - 20

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1     I.     Awarding Carey monetary relief in such amount as may be determined at trial,

2 including, but not limited to, Defendants' profits (and any profits of any other persons or entities

3 acting on their behalf or under their control or in active concert or participation with any of

4 them), to be trebled pursuant to 15 U.S.C. § 1117(b), as a result of Defendants' willful and

5 deliberate infringement of Carey's CAREY® marks.

6

7     J.     Ordering Defendants (and any other persons or entities acting on their behalf or

8 under their control or in active concert or participation with any of them) to account to Carey for

9 all damages caused by its use of Carey's CAREY® marks.

10     K.     Ordering Defendants (and any other persons or entities acting on their behalf or

11 under their control or in active concert or participation with any of them) to make restitution to

12 Carey for any unjust enrichment caused by virtue of its unlawful conduct as complained of

13 herein.

14

15     L.     Awarding Carey their costs and attorneys' fees in prosecuting this action.

16     M.     Granting Carey such other and further relief as the Court deems just and proper.

17     DATED:  August ⁄, 2005.

18                STOEL RIVES LLP

19

20              *Christina P. Haring*

                Christopher N. Weiss, WSB No. 14286

21              Christina L. Haring, WSB No. 30121

                Attorneys for Plaintiffs Carey Licensing, Inc. and

22              Carey International, Inc.

23

24

25

26

COMPLAINT - 21

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**November 22, 2000**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,107,533* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *November 28, 1978*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *CAREY CORPORATION, THE*
   *A DISTRICT OF COLUMBIA CORPORATION*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

$\mathcal{E}_{x}. 1$

Int. Cl.: 39

Prior U.S. Cl.: 105

Reg. No. 1,107,533

United States Patent and Trademark Office

Registered Nov. 28, 1978

## SERVICE MARK
### Principal Register

## CAREY

The Carey Corporation (District of Columbia corporation)
3217 K St. NW.
Washington, D.C. 20007

For: TRANSPORTATION SERVICES—NAMELY, TRANSPORTING PASSENGERS IN CHAUFFEUR DRIVEN AUTOMOBILES—in CLASS 39 (U.S. CL. 105).

First use Feb. 1, 1939; in commerce Feb. 1, 1939.
Owner of Reg. No. 633,597.

Ser. No. 146,307, filed Oct. 31, 1977.



TR 313240

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**November 22, 2000**

**THE ATTACHED U.S. TRADEMARK REGISTRATION *1,375,117* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.**

**REGISTERED FOR A TERM OF *20* YEARS FROM  *December 10, 1985***
**SECTION 8 & 15**
**SAID RECORDS SHOW TITLE TO BE IN:**
  **CAREY CORPORATION, THE**
  **A DISTRICT OF COLUMBIA CORPORATION**



By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

*L. Edelen*

**L. EDELEN**
**Certifying Officer**

Ex 2

Int. Cl.: 39

Prior U.S. Cl.: 105

**United States Patent and Trademark Office**

Reg. No. 1,375,117
Registered Dec. 10, 1985

## SERVICE MARK
### PRINCIPAL REGISTER

# CAREY

CAREY CORPORATION, THE (D.C. CORPORA-
TION)
4545 42ND STREET, N.W.
WASHINGTON, DC 20016

FOR:   TRANSPORTATION   SERVICES;
NAMELY, TRANSPORTING PASSENGERS IN
CHAUFFER-DRIVEN   AUTOMOBILES,   IN
CLASS 39 (U.S. CL. 105).

FIRST   USE   3-15-1973;   IN   COMMERCE
3-15-1973.
OWNER OF U.S. REG. NOS. 653,597 AND
1,107,533.
SEC. 2(F).

SER. NO. 516,893, FILED 1-10-1985.

ROBERT J. CROWE, EXAMINING ATTORNEY